# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>M. GONZALEZ, *et al.*,<br><br>Defendants. | Case No.  1:22-cv-00177-AWI- BAK (HBK) (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8)<br><br>**30 -DAY DEADLINE** |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On March 10, 2022, the assigned magistrate judge issued Findings and Recommendations, recommending that Plaintiff be required to pay the $402.00 filing fee in full because Plaintiff, an individual with three or more qualify strikes pursuant to 28 U.S.C. § 1915(g), did not establish the applicability of the imminent danger exception. (ECF No. 8.) On March 31, 2022, Plaintiff filed objections to the Findings and Recommendations. (ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections filed March 31, 2022, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1

Accordingly, **IT IS ORDERED** that:

1. The Findings and Recommendations issued on March 10, 2022 (Doc. 8) are adopted in full;
2. Plaintiff is not entitled to proceed *in forma pauperis* in this case under 28 U.S.C. § 1915(g);
3. **Within 30 days** of the date of service of this order, Plaintiff is required to pay the $402.00 filing fee in full for this action; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   June 10, 2022                                   /s/ signature

                                              SENIOR  DISTRICT  JUDGE